UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SWEPORTS, LTD., | ) | Case No. 12-14254 (ABG) |
| | ) | |
| Putative Debtor. | ) | |
| | ) | |

## AMENDMENTS TO FINAL PRETRIAL ORDER

This matter coming before the Court on the oral motion of petitioning creditors' to amend the Court's Final Pretrial Order dated September 10, 2012 (Docket No. 65), and the Court, having received no objection from counsel for Sweports to the petitioning creditors' oral motion and the Court having determined that good cause exists for the amendments requested by the petitioning creditors,

IT IS HEREBY ORDERED that:

1. Paragraph 7.a. of the Final Pretrial Order is amended in relevant part to read:

   **Transcribed Depositions**: If deposition transcripts are to be read into evidence, twenty-one (21) days before the hearing the parties must file with the court and serve on all other parties a list of the depositions, designating by page and line number the portions to be read. A list of counterdesignations by page and line number, and any evidentiary objections to the initial designations, must be filed and served seven (7) days later. Evidentiary objections to the counterdesignations must be filed and served seven (7) days after that.

2. Paragraph 8 of the Final Pretrial Order is amended in relevant part to read:

00004574.DOCX V-

**Trial Briefs**. No later than seven (7) days before the hearing date, each party *must* file and serve a trial brief. The page limit is twenty (20) pages, unless the court orders otherwise.

3. Other than as amended above, the Final Pretrial Order remains in full force and effect as originally entered.

Dated: November 7, 2012

A. Benjamin Goldgar
United States Bankruptcy Judge

00004574.DOCX V-