# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable** A. Benjamin Goldgar                    **Hearing Date** January 9, 2014

**Bankruptcy Case** No. 12 B 14254                   **Adversary**

**Brief Statement of Motion**   Sweports, Ltd.

Order prohibiting renumbering of exhibits

**Names and Addresses of moving counsel**

**Representing**

# ORDER

Pursuant to the final pretrial order, the parties have exchanged and submitted to the court the exhibits they intend to use at the hearing set to begin January 13, 2014. A cover letter that accompanied the debtor's exhibits suggests that the exhibits will be "renumbered" and a new set of exhibits will be provided to the court. The cover letter is dated December 23, 2013. As of today, no "renumbered" exhibits have been provided. Altering the pretrial materials at this late date would not merely impair the court's preparation for the hearing, it would make that preparation impossible. Accordingly, the parties are prohibited from renumbering their exhibits.

*[signature]*